IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action Number 05-cv-00095-RPM

CLAIRE VILLARE,

        Plaintiff,

v.

THE HARTFORD FINANCIAL SERVICES GROUP,

        Defendant.

_____

ORDER DISCHARGING ORDER TO SHOW CAUSE
_____


Pursuant to Plaintiff's Response to Order to Show Cause, filed on July 29, 2005, it is

ORDERED that the Order to Show Cause issued by this Court on July 5, 2005, is discharged and it is

FURTHER ORDERED that plaintiff is granted an additional 45 days, to and including September 15, 2005, to obtain service of process on the defendant.

DATED: Aug. 1, 2005.

        BY THE COURT:


        s/Richard P. Matsch
        _____
        Richard P. Matsch, Senior District Judge