IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action Number 05-cv-00095-RPM

CLAIRE VILLARE,

        Plaintiff,

v.

THE HARTFORD FINANCIAL SERVICES GROUP,

        Defendant.
_____

ORDER OF DISMISSAL
_____

On July 29, 2005, this Court issued an Order Discharging Order to Show Cause, granting plaintiff additional time, to and including September 15, 2005, within which to obtain service of process on the defendant. Nothing further has been filed. It is therefore

ORDERED that the complaint is dismissed without prejudice for failure to prosecute.

DATED: October 4th, 2005.

                                      BY THE COURT:

                                      s/Richard P. Matsch
                                      _____
                                      Richard P. Matsch, Senior District Judge